IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAXIS ENERGY AGENTS PTE LTD | ) | |
| | ) | **17-559** |
| Plaintiff, | ) | C.A. No. |
| | ) | |
| v. | ) | **IN ADMIRALTY** |
| | ) | |
| M/V PEBBLE BEACH, | ) | |
| its engines, tackle, apparel and freights, | ) | |
| | ) | |
| Defendant *in rem.* | ) | |

**ORDER GRANTING MOTION FOR
APPOINTMENT OF SUBSTITUTE CUSTODIAN**

Plaintiff having appeared and made the following recital:

1. A complaint has been filed requesting that a warrant of arrest pursuant to Supplemental Admiralty and Maritime Rule C issue for the vessel M/V Pebble Beach ("Vessel"). The Clerk of this Court has been requested to issue the warrant for arrest of the Vessel, and for the United States Marshal to serve such warrant, arresting the Vessel until further Order of this Court respecting the same.

2. It is contemplated that upon service of the writ by the United States Marshal, the Vessel will require continued custody by one or more keepers until released.

**Custodian for the Property**

3. The Vessel is or soon will be at the Port of Wilmington in this District. In the interest of allowing the Vessel to remain in the hands of a competent person and to save unnecessary expenses, Plaintiff wishes to have the Master of the Vessel be appointed as substitute custodian of said Vessel. The Master of course, is in charge of the Vessel and the

01:21901573.1

Vessel, as a matter of the ordinary course of the Vessel's operations, and therefore insured concerning and competent with keeping the Vessel.

4.  Plaintiff, in consideration of the Marshal's consent to the substitution of custody of the Vessel, agrees to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the Vessel, and all other necessaries thereunto pertaining and belonging, from the time the Marshal transfers custody of said Vessel over to the Substitute Custodian, and Plaintiff further agrees to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession and safekeeping of the Vessel.

5.  **THEREFORE, IT IS HEREBY ORDERED** that the United States Marshal be authorized and directed to surrender the possession and custody of the Vessel to the Master of the Vessel as Substitute Custodian for such Vessel and that upon such surrender the Marshal shall be discharged from the Marshal's duties and responsibilities for the safekeeping of the Vessel and held harmless for any and all claims arising whatever out of said substituted possession and safekeeping of the Vessel.

6.  **IT IS FURTHER ORDERED** that all Marshal's costs and fees, including costs and fees of the Substitute Custodian, shall be paid as a matter of priority to all other claimants against the Vessel, prior to release of said Vessel.

/

/

7. **IT IS FURTHER ORDERED** that the Vessel be allowed to be moved from the location of arrest to another location with this District in order to reduce the costs of keeping the Vessel and said Vessel and otherwise to accommodate the orderly business of the Port.

**SO ORDERED** May 12, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE